# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Shanco, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Markel American Insurance Company, | ) | Case No. 1:21-cv-038 |
| | ) | |
| Defendant. | ) | |

On March 15, 2022, the parties filed a stipulation of dismissal with prejudice. (Doc. No. 17). The court **ADOPTS** the parties' stipulation (Doc. No. 17) and **DISMISSES** the above matter in its entirety with prejudice and without costs or attorneys' fees to any party.

**IT IS SO ORDERED.**

Dated this 16th day of March, 2022.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court